### WINSLOW v. THE HEIRS OF PARKURST.

The heirs of a deceased co-obligor are compellable in chancery to pay the debt, where the surviving obligor is bankrupt.

PETITION in chancery, showing that said Parkurst and one Gleason were jointly bound to the petitioner for £100 which had never been paid; that since the death of said Parkurst, judgment and execution had been obtained against said Gleason, and returned *non est*, and that he is become bankrupt; that said Parkurst left a plentiful estate, which has descended and come to his heirs the petitionees; that said Gleason was his executor, but never gave any bond for a faithful administration; and that he is without remedy at law.

The court upon inquiry found the facts proved; and ordered and decreed the heirs of said Parkurst should contribute and pay said debt to the petitioner in proportion to the interest they severally received of their father's estate.